MARY WATSON, as Administratrix, etc., Respondent, *v.* THE
ROME, WATERTOWN AND OGDENSBURG RAILROAD COMPANY,
Appellant.

(Argued June 11, 1886 ; decided June 25, 1886.)

*Edmund B. Wynn* for appellant.

*George S. Klock* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.